UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROSSEL, ERIC § Case No. 15-15501-BSJ
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 30, 2015. The undersigned trustee was appointed on April 23, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $    67,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 6.00 |
| Bank service fees | 355.03 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]      $ | 66,638.97 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/10/2016 and the deadline for filing governmental claims was 02/10/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,600.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,600.00, for a total compensation of $6,600.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/28/2016            By: /s/EUGENE CRANE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-15501-BSJ  
**Case Name:** ROSSEL, ERIC  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 04/30/15 (f)  
**§341(a) Meeting Date:** 06/23/15  

**Period Ending:** 11/28/16  
**Claims Bar Date:** 02/10/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  695 Mariner Dr., Elgin, IL 60120, purchased in 1<br>Imported from original petition Doc# 1 | 72,679.00 | 0.00 | | 0.00 | FA |
| 2  Checking account with Valley Credit Union<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3  Savings account with Chase<br>Imported from original petition Doc# 1 | 1,250.00 | 1,250.00 | | 0.00 | FA |
| 4  Misc used household goods<br>Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 5  used clothing<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 6  Term life insurance through employer - no curren<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7  term life insurance through Prudential<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8  401 (k)<br>Imported from original petition Doc# 1 | 19,000.00 | 0.00 | | 0.00 | FA |
| 9  2001 Chrysler Town and Country 89,000 miles<br>Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |
| 10  2008 Chrysler Town and Country 80,000 miles<br>Imported from original petition Doc# 1 | 11,000.00 | 2,714.00 | | 0.00 | FA |
| 11  Tool Box<br>Imported from original petition Doc# 1 | 1,300.00 | 0.00 | | 0.00 | FA |
| 12  2 dogs<br>Imported from original petition Doc# 1 | 0.00 | 1.00 | | 0.00 | FA |
| 13  Inheritance from Father's Estate (u) | Unknown | 70,000.00 | | 67,000.00 | FA |
| **13  Assets   Totals** (Excluding unknown values) | **$109,029.00** | **$73,965.00** | | **$67,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

08/11: Atty called and said Debtor has inherited 50-80K from father.  Have withdrawn NA Report.
Waiting for will or other paperwork.  Needs two weeks to send to us. (dk)

11/1/2016: Tax returns filed, will close case (dk)

09/07/2016: Rec'd more funds from Debtor; file MT to Dismiss Adv Complaint to Revoke Discharge; hearing 09/28 (dk)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-15501-BSJ  
**Case Name:** ROSSEL, ERIC  

**Period Ending:** 11/28/16

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 04/30/15 (f)  
**§341(a) Meeting Date:** 06/23/15  
**Claims Bar Date:** 02/10/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

08/31/2016: Filed Objection to Claims filed by GreenSky Trade Credit, hearing on 10/04 J-Baer (dk)

08/30/2016: Rec'd $25,000 check from UBS; will prepare case for closing (file claim objections, prepare tax returns) (dk)

08/09/2016: Order entered to settle claim with UBS for 25 K; sent order and Release form to UBS atty (dk)

08/08/2016: Order employing accountant entered (dk)

07/28/2016: MT to Employ Accountants filed; Hearing on 08/08 (dk)

07/27/2016: Motion was filed settling claim with UBS for 25K, hearing 08/09 (dk)

07/10/2016: File Motion to Revoke Discharge (dk)

06/01/2016: UBS will settle with Trustee for 25K regarding turnover of IRA Funds to Debtor (dk).

03/31/2016: Trustee contacted bank holding deceased father's IRA funds that were to be distributed to heirs. Was told by attorney, Debtor was to turn over 70K; however, Debtor received funds directly and spent most of it; Trustee has settled with family for full payment or will file Motion to vacate discharge (dk)

08/11/15: Atty called and said Debtor has inherited 50-80K from father. Have withdrawn NA Report.

Waiting for will or other paperwork. Needs two weeks to send to us. (dk)

**Initial Projected Date Of Final Report (TFR):** December 31, 2016   **Current Projected Date Of Final Report (TFR):** June 30, 2017

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-15501-BSJ  
**Case Name:** ROSSEL, ERIC  
**Taxpayer ID #:** **-***4697  
**Period Ending:** 11/28/16  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/26/16 | {13} | Eric Rossel | First payment - turnover of inheritance from Father's estate | 1229-000 | 20,000.00 | | 20,000.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 19,990.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.71 | 19,962.29 |
| 06/17/16 | {13} | Eric Rossel | Partial payment of inheritance | 1229-000 | 10,000.00 | | 29,962.29 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.28 | 29,926.01 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.49 | 29,884.52 |
| 08/23/16 | {13} | Eric Rossel | Cash turnover of inheritance from Father's estate | 1229-000 | 2,000.00 | | 31,884.52 |
| 08/23/16 | {13} | Janice B. Brokke | Cash turnover of inheritance from Debtor's Father's estate | 1229-000 | 10,000.00 | | 41,884.52 |
| 08/30/16 | {13} | UBS | Settlement proceeds of inheritance from UBS per Court Order entered on 08/09/2016 | 1229-000 | 25,000.00 | | 66,884.52 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.16 | 66,833.36 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.86 | 66,737.50 |
| 10/31/16 | 101 | Illinois Department of Revenue | 2016 IL-1041-V   FEIN#30-6524697 | 2820-000 | | 6.00 | 66,731.50 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.53 | 66,638.97 |
| | | | **ACCOUNT TOTALS** | | **67,000.00** | **361.03** | **$66,638.97** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **67,000.00** | **361.03** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$67,000.00** | **$361.03** | |

Net Receipts : 67,000.00  
Net Estate : $67,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5466** | 67,000.00 | 361.03 | 66,638.97 |
| | **$67,000.00** | **$361.03** | **$66,638.97** |

{} Asset reference(s)

Printed: 11/28/2016 02:36 PM   V.13.28

# Claims Proposed Distribution

## Case:  15-15501-BSJ   ROSSEL, ERIC

**Case Balance:** $66,638.97   **Total Proposed Payment:** $66,638.97   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 10S | GreenSky Trade Credit | Secured | 1,805.20 | 0.00 | 0.00 | 0.00 | 0.00 | 66,638.97 |
| | **Claim Memo:** Disallowed in its entirety per Court Order entered on 10/04/2016 | | | | | | | |
| | Clerk of U.S. Bankruptcy Court | Admin Ch. 7 | 350.00 | 350.00 | 0.00 | 350.00 | 350.00 | 66,288.97 |
| | <2700-00   Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 240.90 | 240.90 | 0.00 | 240.90 | 240.90 | 66,048.07 |
| | <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 15,153.00 | 15,153.00 | 0.00 | 15,153.00 | 15,153.00 | 50,895.07 |
| | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | EUGENE CRANE | Admin Ch. 7 | 6,600.00 | 6,600.00 | 0.00 | 6,600.00 | 6,600.00 | 44,295.07 |
| | <2100-00   Trustee Compensation> | | | | | | | |
| | Popowcer Katten, Ltd. | Admin Ch. 7 | 969.00 | 969.00 | 0.00 | 969.00 | 969.00 | 43,326.07 |
| | <3410-00   Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| 1 | Discover Bank | Unsecured | 3,454.84 | 3,454.84 | 0.00 | 3,454.84 | 3,030.49 | 40,295.58 |
| 2 | Quantum3 Group LLC as agent for | Unsecured | 8,776.85 | 8,776.85 | 0.00 | 8,776.85 | 7,698.81 | 32,596.77 |
| 3 | Cottonwood Financial Illinois, LLC. | Unsecured | 2,852.45 | 2,852.45 | 0.00 | 2,852.45 | 2,502.09 | 30,094.68 |
| 4 | Capital One, N.A. | Unsecured | 158.07 | 158.07 | 0.00 | 158.07 | 138.65 | 29,956.03 |
| 5 | Navy Federal Credit Union | Unsecured | 23,714.49 | 23,714.49 | 0.00 | 23,714.49 | 20,801.70 | 9,154.33 |
| 6 | Springleaf Financial Services | Unsecured | 1,991.33 | 1,991.33 | 0.00 | 1,991.33 | 1,746.74 | 7,407.59 |
| 7 | WORLD'S FOREMOST BANK | Unsecured | 403.25 | 403.25 | 0.00 | 403.25 | 353.72 | 7,053.87 |
| 8 | Wells Fargo Card Services | Unsecured | 8,041.60 | 8,041.60 | 0.00 | 8,041.60 | 7,053.87 | 0.00 |
| 9 | Greensky | Unsecured | 1,890.20 * | 1,890.20 | 0.00 | 1,890.20 | 0.00 | 0.00 |
| | **Claim Memo:** Allowed as a late claim per Court Order entered on Oct. 4, 2016 | | | | | | | |
| 10U | GreenSky Trade Credit | Unsecured | 85.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Disallowed per Court Order entered on 10/04/2016 | | | | | | | |

(*) Denotes objection to Amount Filed

# Claims Proposed Distribution

## Case:  15-15501-BSJ   ROSSEL, ERIC

| Case Balance: | $66,638.97 | Total Proposed Payment: | $66,638.97 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 15-15501 :** | | **$76,486.18** | **$74,595.98** | **$0.00** | **$74,595.98** | **$66,638.97** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $23,312.90 | $23,312.90 | $0.00 | $23,312.90 | 100.000000% |
| **Total Secured Claims :** | $1,805.20 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $51,368.08 | $51,283.08 | $0.00 | $43,326.07 | 84.484142% |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 15-15501-BSJ
Case Name: ROSSEL, ERIC
Trustee Name: EUGENE CRANE

**Balance on hand:**    $ 66,638.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10S | GreenSky Trade Credit | 1,805.20 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $ 0.00
Remaining balance:    $ 66,638.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 6,600.00 | 0.00 | 6,600.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 15,153.00 | 0.00 | 15,153.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 240.90 | 0.00 | 240.90 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 969.00 | 0.00 | 969.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

Total to be paid for chapter 7 administration expenses:    $ 23,312.90
Remaining balance:    $ 43,326.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $ 0.00
Remaining balance:    $ 43,326.07

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | | Total to be paid for priority claims: | $ | 0.00 |
| | | Remaining balance: | $ | 43,326.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,392.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 87.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,454.84 | 0.00 | 3,030.49 |
| 2 | Quantum3 Group LLC as agent for | 8,776.85 | 0.00 | 7,698.81 |
| 3 | Cottonwood Financial Illinois, LLC. | 2,852.45 | 0.00 | 2,502.09 |
| 4 | Capital One, N.A. | 158.07 | 0.00 | 138.65 |
| 5 | Navy Federal Credit Union | 23,714.49 | 0.00 | 20,801.70 |
| 6 | Springleaf Financial Services | 1,991.33 | 0.00 | 1,746.74 |
| 7 | WORLD'S FOREMOST BANK | 403.25 | 0.00 | 353.72 |
| 8 | Wells Fargo Card Services | 8,041.60 | 0.00 | 7,053.87 |

|  |  |  |  |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 43,326.07 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 1,890.20 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Greensky | 1,890.20 | 0.00 | 0.00 |
| 10U | GreenSky Trade Credit | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**