IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| ERIC ROSSEL, | ) | Case No. 15-15501 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge Janet S. Baer |
| | ) | |

# CERTIFICATE OF SERVICE

STATE OF ILLINOIS )
)
COUNTY OF COOK )

    The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served electronically and/or via First Class U.S. mail, postage pre-paid, to the names and addresses listed on the attached Service List on the 8th day of December 2016, before the hour of 5:00 p.m.

                                                  /s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
Phone: (312) 641-6777
Fax: (312) 641-7114

## SERVICE LIST

*Parties served electronically:*

United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

John Carlin
Chang & Carlin, LLP
1305 Remington Road, Suite C
Schaumburg, IL 60173

Lois West
Popowcer Katten, Ltd.
35 E. Wacker Drive, Suite 1550
Chicago, IL 60601

*Served via U.S. First Class Mail:*

Eric Rossel
695 Mariner Drive
Elgin, IL 60120

Wells Fargo Bank, N.A.
MAC D3347-014
3476 Stateview Blvd.
Fort Mills, SC 29715-7203

Ally Bank
P.O. Box 130424
Roseville, MN 55113-0004

Springfield Financial Services
P.O. Box 3251
Evansville, IN 47731-3251

B. Allen Lay
19 Caballeros Road
Palos Verdes Peninsula, CA 90274-5279

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

Capital One, N.A.
c/o Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Chase Card
201 N. Walnut St./ Del-1027
Wilmington, DE 19801-2920

Chase Card
P.O. Box 15298
Wilmington, DE 19850-5298

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bankrup
P.O. Box 790040
St. Louis, MO 63179-0040

Comenity Bank/gndrmtmc
P.O. Box 182789
Columbus, OH 43218-2789

Cottonwood Financial Illinois, LLC.
1901 Gateway Drive, Ste. 200
Irving, TX 75038-2425

Discovery Bank
Discovery Product, Inc.
P.O. Box 3025
New Albany, OH 43054-3025

Discovery Fin Svcs LLC
P.O. Box 15316
Wilmington, DE 19850-5316

GECRB/Amazon
Attn: Bankruptcy
P.O. Box 103104
Roswell, GA 30076-9104

GECRB/Lowes
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076-9104

GECRB/Walmart
Attn: Bankruptcy
P.O. Box 103104
Roswell, GA 30076-9104

GreenSky Trade Credit
1797 N.E. Expressway, Suite 100
Atlanta, GA 30329-2451

Greensky
P.O. Box 933614
Atlanta, GA 31193-3614

Illinois Department of Revenue
P.O. Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jodie Rossel
695 Mariner Drive
Elgin, IL 60120-7604

Kohls/Capone
P.O. Box 3115
Milwaukee, WI 53201-3115

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000

Quantum3 Group, LLC as agent for
Comenity Bank
P.O. Box 788
Kirkland, WA 98083-0788

Sears/CBNA
P.O. Box 6282
Sioux Falls, SD 57117-6282

The Cash Store
87 Clock Tower Plaza
Elgin, IL 60120-7800

World's Foremost Bank
Cabela's Club Visa
P.O. Box 82609
Lincoln, NE 68501-2609

Wells Fargo
P.O. Box 14517
Des Moines, IA 50306-3517

Wells Fargo Card Services
1 Home Campus 3rd Floor
Des Moines, IA 50328-0001

Wells Fargo Home Mortgage
7255 Baymeadows WA
Des Moines, IA 68521-4463

Worlds Foremost Bank N
4800 NW 1st Street
Lincoln, NE 68521-4463