**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ROSSEL, ERIC                                           § Case No. 15-15501-BSJ
                                                              §
                                                              §
Debtor(s)                                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $109,029.00                        Assets Exempt: $40,250.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $43,326.07         Claims Discharged
                                                     Without Payment: $36,505.01

Total Expenses of Administration: $23,673.93

---

   3) Total gross receipts of $ 67,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $67,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $209,747.00 | $1,805.20 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,673.93 | 23,673.93 | 23,673.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 78,511.00 | 51,368.08 | 51,283.08 | 43,326.07 |
| **TOTAL DISBURSEMENTS** | $288,258.00 | $76,847.21 | $74,957.01 | $67,000.00 |

4) This case was originally filed under Chapter 7 on April 30, 2015. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/28/2017          By: /s/EUGENE CRANE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance from Father's Estate | 1229-000 | 67,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$67,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10S | GreenSky Trade Credit | 4210-000 | 1,877.00 | 1,805.20 | 0.00 | 0.00 |
| NOTFILED | Amer Gen Fin Springleaf Financial | 4110-000 | 7,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 192,384.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 4110-000 | 8,286.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$209,747.00** | **$1,805.20** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 6,600.00 | 6,600.00 | 6,600.00 |
| Clerk of U.S. Bankruptcy Court | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 15,153.00 | 15,153.00 | 15,153.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 240.90 | 240.90 | 240.90 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 969.00 | 969.00 | 969.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 27.71 | 27.71 | 27.71 |
| Rabobank, N.A. | 2600-000 | N/A | 36.28 | 36.28 | 36.28 |
| Rabobank, N.A. | 2600-000 | N/A | 41.49 | 41.49 | 41.49 |
| Rabobank, N.A. | 2600-000 | N/A | 51.16 | 51.16 | 51.16 |
| Rabobank, N.A. | 2600-000 | N/A | 95.86 | 95.86 | 95.86 |
| Illinois Department of Revenue | 2820-000 | N/A | 6.00 | 6.00 | 6.00 |
| Rabobank, N.A. | 2600-000 | N/A | 92.53 | 92.53 | 92.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $23,673.93 | $23,673.93 | $23,673.93 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| Claim No. | Claimant | Uniform Tran. Code | Claims Scheduled (from Form 6E) | Claims Asserted (from Proofs of Claim) | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| Claim No. | Claimant | Uniform Tran. Code | Claims Scheduled (from Form 6F) | Claims Asserted (from Proofs of Claim) | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 2,858.00 | 3,454.84 | 3,454.84 | 3,030.49 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | 8,776.00 | 8,776.85 | 8,776.85 | 7,698.81 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Cottonwood Financial Illinois, LLC. | 7100-000 | N/A | 2,852.45 | 2,852.45 | 2,502.09 |
| 4 | Capital One, N.A. | 7100-000 | N/A | 158.07 | 158.07 | 138.65 |
| 5 | Navy Federal Credit Union | 7100-000 | 22,940.00 | 23,714.49 | 23,714.49 | 20,801.70 |
| 6 | Springleaf Financial Services | 7100-000 | 2,871.00 | 1,991.33 | 1,991.33 | 1,746.74 |
| 7 | WORLD'S FOREMOST BANK | 7100-000 | 428.00 | 403.25 | 403.25 | 353.72 |
| 8 | Wells Fargo Card Services | 7100-000 | 8,041.00 | 8,041.60 | 8,041.60 | 7,053.87 |
| 9 | Greensky | 7200-000 | 4,049.00 | 1,890.20 | 1,890.20 | 0.00 |
| 10U | GreenSky Trade Credit | 7200-000 | N/A | 85.00 | 0.00 | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 956.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 1,341.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 1,043.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank/The Home Depot Citicorp Credit | 7100-000 | 85.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/Lowes | 7100-000 | 12.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/Amazon | 7100-000 | 287.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 626.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/Walmart | 7100-000 | 2,421.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/capone | 7100-000 | 183.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 594.00 | N/A | N/A | 0.00 |
| NOTFILED | B. Allen Lay | 7100-000 | 21,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $78,511.00 | $51,368.08 | $51,283.08 | $43,326.07 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-15501-BSJ  
**Case Name:** ROSSEL, ERIC  

**Period Ending:** 02/28/17

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 04/30/15 (f)  
**§341(a) Meeting Date:** 06/23/15  
**Claims Bar Date:** 02/10/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  695 Mariner Dr., Elgin, IL 60120, purchased in 1<br>Imported from original petition Doc# 1 | 72,679.00 | 0.00 | | 0.00 | FA |
| 2  Checking account with Valley Credit Union<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3  Savings account with Chase<br>Imported from original petition Doc# 1 | 1,250.00 | 1,250.00 | | 0.00 | FA |
| 4  Misc used household goods<br>Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 5  used clothing<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 6  Term life insurance through employer - no curren<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7  term life insurance through Prudential<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8  401 (k)<br>Imported from original petition Doc# 1 | 19,000.00 | 0.00 | | 0.00 | FA |
| 9  2001 Chrysler Town and Country 89,000 miles<br>Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |
| 10  2008 Chrysler Town and Country 80,000 miles<br>Imported from original petition Doc# 1 | 11,000.00 | 2,714.00 | | 0.00 | FA |
| 11  Tool Box<br>Imported from original petition Doc# 1 | 1,300.00 | 0.00 | | 0.00 | FA |
| 12  2 dogs<br>Imported from original petition Doc# 1 | 0.00 | 1.00 | | 0.00 | FA |
| 13  Inheritance from Father's Estate  (u) | Unknown | 70,000.00 | | 67,000.00 | FA |
| 13  Assets    Totals (Excluding unknown values) | **$109,029.00** | **$73,965.00** | | **$67,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

08/11: Atty called and said Debtor has inherited 50-80K from father.  Have withdrawn NA Report.
Waiting for will or other paperwork.  Needs two weeks to send to us. (dk)

12/08/2016: TFR filed with Court; Final Hearing set for 01/11/2017, J-Barnes sitting for J'Baer (dk)

11/29/2016: TFR sent to USTO for review (dk)

Printed: 02/28/2017 11:46 AM    V.13.28

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-15501-BSJ  **Trustee:** (330350)   EUGENE CRANE
**Case Name:** ROSSEL, ERIC  **Filed (f) or Converted (c):** 04/30/15 (f)
  **§341(a) Meeting Date:** 06/23/15
**Period Ending:** 02/28/17  **Claims Bar Date:** 02/10/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

11/1/2016: Tax returns filed, will close case (dk)

09/07/2016: Rec'd more funds from Debtor; file MT to Dismiss Adv Complaint to Revoke Discharge; hearing 09/28 (dk)

08/31/2016: Filed Objection to Claims filed by GreenSky Trade Credit, hearing on 10/04 J-Baer (dk)

08/30/2016: Rec'd $25,000 check from UBS; will prepare case for closing (file claim objections, prepare tax returns) (dk)

08/09/2016: Order entered to settle claim with UBS for 25 K; sent order and Release form to UBS atty (dk)

08/08/2016: Order employing accountant entered (dk)

07/28/2016: MT to Employ Accountants filed; Hearing on 08/08 (dk)

07/27/2016: Motion was filed settling claim with UBS for 25K, hearing 08/09 (dk)

07/10/2016: File Motion to Revoke Discharge (dk)

06/01/2016: UBS will settle with Trustee for 25K regarding turnover of IRA Funds to Debtor (dk).

03/31/2016: Trustee contacted bank holding deceased father's IRA funds that were to be distributed to heirs.  Was told by attorney, Debtor was to turn over 70K; however, Debtor received funds directly and spent most of it;  Trustee has settled with family for full payment or will file Motion to vacate discharge (dk)

08/11/15: Atty called and said Debtor has inherited 50-80K from father.  Have withdrawn NA Report.

Waiting for will or other paperwork.  Needs two weeks to send to us. (dk)

**Initial Projected Date Of Final Report (TFR):**   December 31, 2016  **Current Projected Date Of Final Report (TFR):**   December 8, 2016  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-15501-BSJ  
**Case Name:** ROSSEL, ERIC  

**Taxpayer ID #:** **-***4697  
**Period Ending:** 02/28/17  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/26/16 | {13} | Eric Rossel | First payment - turnover of inheritance from Father's estate | 1229-000 | 20,000.00 | | 20,000.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 19,990.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.71 | 19,962.29 |
| 06/17/16 | {13} | Eric Rossel | Partial payment of inheritance | 1229-000 | 10,000.00 | | 29,962.29 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.28 | 29,926.01 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.49 | 29,884.52 |
| 08/23/16 | {13} | Eric Rossel | Cash turnover of inheritance from Father's estate | 1229-000 | 2,000.00 | | 31,884.52 |
| 08/23/16 | {13} | Janice B. Brokke | Cash turnover of inheritance from Debtor's Father's estate | 1229-000 | 10,000.00 | | 41,884.52 |
| 08/30/16 | {13} | UBS | Settlement proceeds of inheritance from UBS per Court Order entered on 08/09/2016 | 1229-000 | 25,000.00 | | 66,884.52 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.16 | 66,833.36 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.86 | 66,737.50 |
| 10/31/16 | 101 | Illinois Department of Revenue | 2016 IL-1041-V   FEIN#30-6524697 | 2820-000 | | 6.00 | 66,731.50 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.53 | 66,638.97 |
| 01/11/17 | 102 | EUGENE CRANE | Dividend paid 100.00% on $6,600.00, Trustee Compensation; Reference: | 2100-000 | | 6,600.00 | 60,038.97 |
| 01/11/17 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $15,153.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 15,153.00 | 44,885.97 |
| 01/11/17 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $240.90, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 240.90 | 44,645.07 |
| 01/11/17 | 105 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $969.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 969.00 | 43,676.07 |
| 01/11/17 | 106 | Clerk of U.S. Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Adversary Case No. 16-00415 | 2700-000 | | 350.00 | 43,326.07 |
| 01/11/17 | 107 | Discover Bank | Dividend paid 87.71% on $3,454.84; Claim# 1; Filed: $3,454.84; Reference: xxxx9192 | 7100-000 | | 3,030.49 | 40,295.58 |
| 01/11/17 | 108 | Quantum3 Group LLC as agent for | Dividend paid 87.71% on $8,776.85; Claim# 2; Filed: $8,776.85; Reference:xxxx9330 | 7100-000 | | 7,698.81 | 32,596.77 |
| 01/11/17 | 109 | Cottonwood Financial Illinois, LLC. | Dividend paid 87.71% on $2,852.45; Claim# 3; Filed: $2,852.45; Reference: xxxx2081 | 7100-000 | | 2,502.09 | 30,094.68 |
| 01/11/17 | 110 | Capital One, N.A. | Dividend paid 87.71% on $158.07; Claim# 4; | 7100-000 | | 138.65 | 29,956.03 |

Subtotals : $67,000.00    $37,043.97

{} Asset reference(s)

Printed: 02/28/2017 11:46 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-15501-BSJ  
**Case Name:** ROSSEL, ERIC  

**Taxpayer ID #:** **-***4697  
**Period Ending:** 02/28/17

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $158.07; Reference: xxxx1100 | | | | |
| 01/11/17 | 111 | Navy Federal Credit Union | Dividend paid 87.71% on $23,714.49; Claim# 5; Filed: $23,714.49; Reference: xxxx6645 | 7100-000 | | 20,801.70 | 9,154.33 |
| 01/11/17 | 112 | Springleaf Financial Services | Dividend paid 87.71% on $1,991.33; Claim# 6; Filed: $1,991.33; Reference: xxxx2024 | 7100-000 | | 1,746.74 | 7,407.59 |
| 01/11/17 | 113 | WORLD'S FOREMOST BANK | Dividend paid 87.71% on $403.25; Claim# 7; Filed: $403.25; Reference: xxxx4285 | 7100-000 | | 353.72 | 7,053.87 |
| 01/11/17 | 114 | Wells Fargo Card Services | Dividend paid 87.71% on $8,041.60; Claim# 8; Filed: $8,041.60; Reference: xxxx5109 | 7100-000 | | 7,053.87 | 0.00 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | 67,000.00 | 67,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 67,000.00 | 67,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$67,000.00** | **$67,000.00** | |

Net Receipts : 67,000.00  
Net Estate : $67,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******5466 | 67,000.00 | 67,000.00 | 0.00 |
| | $67,000.00 | $67,000.00 | $0.00 |

{} Asset reference(s)

Printed: 02/28/2017 11:46 AM   V.13.28